**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ROBERT SPENCER,**                                                                               **PETITIONER**

**v.**          **No. 3:08CV61-P-S**

**LAWRENCE KELLY, ET AL.**                 **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED.**

**SO ORDERED,** this the 15th day of October, 2010.

                                                  /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE